

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                                      CR NO. 1:05-10062-03-T

GARY CURTIS

ORDER ON CHANGE OF PLEA

This cause came on to be heard on December 7, 2005, Assistant U. S. Attorney, Richard Leigh Grinalds, appearing for the government, and the defendant appeared in person and with counsel, M. Dianne Smothers, who was appointed.

With leave of the Court, the defendant withdrew the Not Guilty Plea heretofore entered and entered a plea of GUILTY as charged in Count 2 of the Indictment.

This case has been set for sentencing on **Tuesday, March 7, 2006, at 8:30 A.M.**

The defendant is allowed to remain on his present bond.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 8 December 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on   12/13/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 1:05-CR-10062 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT